IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EASTER DAVIS, JOSHUA GIBSON,
on behalf of themselves and all similarly
situated persons

VS. CASE NO. 4:09CV53 A-S

AMERICA'S CATCH, INC.,
AMERICA'S CATCH CATFISH
FARMS, INC.

## ORDER

This matter is before the court on joint motion to stay the deadlines pending in this action until September 28, 2009 (# 14). After considering the matter, the court finds the motion to be well taken, and it shall be GRANTED. The Court notes that this is the second stay requested by the parties and further extensions are not likely to be granted.

SO ORDERED, this the 1st day of September 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE