IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EASTER DAVIS, ET AL                                                                    PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 4:09CV53-SA-DAS

AMERICA'S CATCH, INC.                                                                    DEFENDANT

**ORDER**

This matter is before the court on joint motion to stay the deadlines pending in this action (# 89). On May 14, 2010, the parties filed a joint motion for conditional certification. This motion remains outstanding and the outcome will have a substantial effect on the litigation decisions of both parties. Additionally, if granted, potential plaintiffs would have 120 days to return notice of consent, causing them to join the pending suit after the discovery deadline. After considering the motion and record, the court finds the motion to be well taken, and it shall be GRANTED.

IT IS, THEREFORE, ORDERED that the motion to stay pending case management order deadlines is hereby GRANTED. The court will schedule a new case management conference with all parties after a ruling on the motion for conditional certification, at which point a new scheduling order will be issued.

SO ORDERED, this the 10th day of September 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE